HARRY GABER, Appellant, v. MACK J. O'CONNELL (Sued as MAX J. O'CONNELL) and Another, Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

In the Matter of NELSON SHERWOOD CLARK, Deceased.— Decree affirmed, with costs to respondents payable out of the estate. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

KATHLEEN ANNA MABSON, Respondent, v. HENDON B. MABSON, Appellant.— Judgment reversed and complaint dismissed, upon the ground that the matrimonial domicile was in the State of Florida; that the Florida courts had jurisdiction of the action for divorce; that the decree rendered thereon was valid and binding on the plaintiff, and, therefore, this action cannot be sustained. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.; Martin, J., dissents on the ground that the matrimonial domicile is clearly shown to have been in the State of New York. Settle order on notice containing findings in accordance herewith.

REGINALD C. M. PEIRCE, Appellant, v. BEEKMAN TERRACE, INC., Respondent. — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

BENJAMIN MINDLIN, Respondent, v. THE DRUGGISTS CIRCULAR, INC., and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

STANDARD ROCK ASPHALT COMPANY, a Kentucky Corporation, Appellant, v. KENNETH S. CLARK and Others, Defendants, Impleaded with VINCENT H. ROTHWELL and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

G. R. COMPANY, INC., Respondent, v. TURIN GARAGE & SUPPLY Co., INC., Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, upon the ground that no interest in the plaintiff to be substituted is shown in the action which the corporate body originally brought. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SIXINWON REALTY CORPORATION, Respondent, v. THE HARTFORD ACCIDENT AND INDEMNITY COMPANY, Appellant, Impleaded, etc.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days after service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CHARLES M. PALMER and Others, Copartners, etc., Respondents, v. THE REPUBLICAN & JOURNAL Co., INC., and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

CULLEN FUEL COMPANY, Appellant, v. EMPIRE CARTING COMPANY, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of MYLES REALTY COMPANY, Appellant, for an Order Directing that Arbitration, etc., Entered into between the Petitioner and VINCENT VERRATTI, etc., Respondent, Proceed Pursuant to the Provisions, etc., of the